1  PAMELA L. COX (STATE BAR NO. 191883)
   **HEMAR, ROUSSO & HEALD, LLP**
2  15910 Ventura Boulevard, 12th Floor
   Encino, California 91436
3  (818) 501-3800; (18) 501-2985 (Fax)
   e-mail:  pcox@hrhlaw.com
4  Refer to File Number:  3859-20140102-PLC

5  Attorneys for Defendant
   HEMAR, ROUSSO & HEALD, LLP
6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| ANN ZANDIE, | ) | CASE NO. 2:15-CV-00349-WBS-KJN |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Hon. William B. Shubb |
| | ) | |
| | ) | Courtroom: 5 |
| v. | ) | |
| | ) | [~~PROPOSED~~] ORDER AND DEFENDANT HEMAR, ROUSSO & HEALD, LLP'S REQUEST FOR TELEPHONIC APPEARANCE AT THE HEARING ON THE MOTION TO DISMISS COMPLAINT |
| HEMAR, ROUSSO & HEALD, LLP, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Date:  April 20, 2015 |
| | ) | Time:  2:00 p.m. |
| Defendants. | ) | Courtroom: 5, 14th Floor |
| | ) | |
| | ) | |
| _____ | ) | |

    TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that counsel for Defendant HEMAR, ROUSSO & HEALD, LLP ("Defendant") hereby requests to appear by telephone at the hearing on the Motion to Dismiss Complaint scheduled on April 20, 2015 at 2:00 p.m. in Courtroom 5 of the above-entitled court.

///

///

1

The grounds for this request are defense counsel's offices are located in Encino, California, and Defendant will incur significant travel expenses if its counsel personally appears at the hearing.  The alleged amount in controversy is statutory damages of up to $1,000.00.

PLEASE TAKE FURTHER NOTICE that Pamela L. Cox, counsel for Defendant HEMAR, ROUSSO & HEALD, LLP will be readily available for the hearing and can be reached at (818) 501-3800.

DATED:  April 2, 2015                                             HEMAR, ROUSSO & HEALD, LLP


By:   /s/Pamela L. Cox
         PAMELA L. COX
         Attorneys for Defendant
         HEMAR, ROUSSO & HEALD, LLP

ORDER:

It is too early for the court to determine whether it will require in-person arguments on defendant's Motion to Dismiss.  The request to appear telephonically at the hearing is accordingly DENIED at this time, without prejudice to its being renewed after the Opposition and Reply have been filed.

Dated:  April 2, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                        )
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is HEMAR, ROUSSO & HEALD, LLP, ("the business") 15910 Ventura Blvd., 12th Floor, Encino, CA  91436-2829.

On April 2, 2015, I served the following document described as **[PROPOSED] ORDER AND DEFENDANT HEMAR, ROUSSO & HEALD, LLP'S REQUEST FOR TELEPHONIC APPEARANCE AT THE HEARING ON THE MOTION TO DISMISS COMPLAINT** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Rory C. Leisinger, Esq.
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100
Encino, CA  91436

☒ (By Mail) I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.  Executed on April 2, 2015, at Encino, California.

☒ (Federal) I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 2, 2015 at Encino, California.

_____
LISA BATHAUER

3