UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ANN ZANDIE,<br><br>           Plaintiff,<br><br>     v.<br><br>HEMAR, ROUSSO & HEALD, LLP;<br>and DOES 1 through 10,<br>inclusive,<br><br>           Defendant(s). | CIV. NO. 2:15-00349 WBS KJN<br><br>ORDER |

----oo0oo----

    Defendant moved to dismiss or in the alternative for summary judgment, and the motion was noticed for a hearing on April 20, 2015. (Docket No. 4.) Plaintiff then filed an opposition to defendant's motion and a cross-motion for partial summary judgment on April 3, 2015. (Docket No. 11.)

    The court will continue the April 20, 2015 hearing to May 4, 2015 at 2:00 p.m., in order to hear the cross-motions for summary judgment concurrently. Defendant shall file an

1

opposition to plaintiff's cross-motion by April 20, 2015, and plaintiff shall file her reply by April 27, 2015.

IT IS SO ORDERED.

Dated:  April 6, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE