```
 1   PAMELA L. COX (STATE BAR NO. 191883)
     HEMAR, ROUSSO & HEALD, LLP
 2   15910 Ventura Boulevard, 12th Floor
     Encino, California 91436
 3   (818) 501-3800; (18) 501-2985 (Fax)
     e-mail:  pcox@hrhlaw.com
 4   Refer to File Number:  3859-20140102-PLC

 5   Attorneys for Defendant
     HEMAR, ROUSSO & HEALD, LLP
 6
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN ZANDIE, | CASE NO. 2:15-CV-00349-WBS-KJN |
| Plaintiff, | Hon. William B. Shubb |
| | Courtroom: 5 |
| v. | ORDER AND DEFENDANT HEMAR, ROUSSO & HEALD, LLP'S REQUEST FOR TELEPHONIC APPEARANCE AT THE HEARING ON THE MOTION TO DISMISS COMPLAINT |
| HEMAR, ROUSSO & HEALD, LLP, | |
| Defendants. | Date:   May 4, 2015<br>Time:   2:00 p.m.<br>Courtroom: 5, 14th Floor |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that counsel for Defendant HEMAR, ROUSSO & HEALD, LLP ("Defendant") hereby requests to appear by telephone at the hearing on the Motion to Dismiss Complaint and Plaintiff's Cross-Motion for Partial Summary Judgment scheduled on May 4, 2015 at 2:00 p.m. in Courtroom 5 of the above-entitled court.

///

1

The grounds for this request are defense counsel's offices are located in Encino, California, and Defendant will incur significant travel expenses if its counsel personally appears at the hearing. The alleged amount in controversy is statutory damages of up to $1,000.00.

PLEASE TAKE FURTHER NOTICE that Pamela L. Cox, counsel for Defendant HEMAR, ROUSSO & HEALD, LLP will be readily available for the hearing and can be reached at (818) 501-3800.

DATED: April 27, 2015                                         HEMAR, ROUSSO & HEALD, LLP


By: *Pamela L. Cox*
PAMELA L. COX
Attorneys for Defendant
HEMAR, ROUSSO & HEALD, LLP

ORDER

IT IS HEREBY ORDERED that all counsel may appear by phone at the hearing on the Motion to Dismiss Complaint and Plaintiff's Cross-Motion for Partial Summary Judgment scheduled on May 4, 2015 at 2:00 p.m. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: April 27, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA       )
                                                  )
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is HEMAR, ROUSSO & HEALD, LLP, ("the business") 15910 Ventura Blvd., 12th Floor, Encino, CA  91436-2829.

On April 27, 2014, I served the following document described as **[PROPOSED] ORDER AND DEFENDANT HEMAR, ROUSSO & HEALD, LLP'S REQUEST FOR TELEPHONIC APPEARANCE AT THE HEARING ON THE MOTION TO DISMISS COMPLAINT** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Rory C. Leisinger, Esq.
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100
Encino, CA  91436

☒ (By Mail) I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.  Executed on April 2, 2015, at Encino, California.

☒ (Federal) I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 27, 2015 at Encino, California.

                                                     _____*Lisa Bathauer*_____
                                                   LISA BATHAUER